IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| BILLJCO, LLC,<br><br>Plaintiff,<br><br>v.<br><br>APPLE INC.,<br><br>Defendant. | Civil Action No. 6:21-cv-00528-ADA<br><br>**JURY TRIAL DEMANDED** |

## NOTICE REGARDING VENUE DISCOVERY

Pursuant to the Court's June 8, 2021 Amended Standing Order Regarding Venue and Jurisdictional Discovery Limits for Patent Cases, Plaintiff provides notice that it will serve certain written discovery requests on Defendant no later than September 29, 2021. Thereafter, Plaintiff will complete any additional discovery and respond to the motion consistent with the Court's June 8, 2021 Amended Standing Order.

Dated: September 27, 2021

                                            Respectfully submitted,

                                            */s/ Casey T. Grabenstein*
                                            Brian R. Michalek (*pro hac vice* granted)
                                            Casey Grabenstein (*pro hac vice* granted)
                                            Brian Landry (*pro hac vice* granted)
                                            Erin Westbrook (*pro hac vice* granted)
                                            brian.michalek@saul.com
                                            casey.grabenstein@saul.com
                                            brian.landry@saul.com
                                            erin.westbrook@saul.com
                                            **Saul Ewing Arnstein & Lehr LLP**

161 N. Clark St., Suite 4200
Chicago, IL 60601
Telephone: 312-876-7100
Facsimile: 312-876-0288

*Of Counsel:*

Claire Abernathy Henry
Texas State Bar No. 24053063
E-mail: claire@wsfirm.com
Andrea L. Fair
Texas State Bar No. 24078488
E-mail: andrea@wsfirm.com
**WARD, SMITH & HILL, PLLC**
1507 Bill Owens Parkway
Longview, Texas 75604
(903) 757-6400 (telephone)
(903) 757-2323 (facsimile)

**Attorneys for Plaintiff BillJCo, LLC**

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing document has been served via e-mail on **September 27, 2021** to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system.

*/s/Casey T. Grabenstein*
