# EXHIBIT 31

# *Legal*Metric

**LegalMetric District Report
Texas Western District Court**
in Patent Cases

**January 2017-September 2021**

This report contains confidential and proprietary information of LegalMetric, Inc.  Use of this information by anyone other than the purchaser or, if the purchaser is a law firm, the purchaser's client, or disclosure of this information to persons other than the purchaser or, if the purchaser is a law firm, the purchaser's client, without the consent of LegalMetric, Inc. is prohibited.

The information contained in this report is obtained from the official docket records of the federal courts.  No attempt has been made to correct that data.  For example, cases may be misclassified in the official docket records.  In addition, cases are classified only by the primary cause of action.  Cases having multiple causes of action are analyzed only under the primary cause of action identitied on the official court docket.

LegalMetric, Inc. is not a law firm, does not provide legal advice, and is not engaged in the practice of law.  No attorney-client relationship exists between LegalMetric, Inc. and any user of its products.  LegalMetric provides statistical and analytical information to anyone who desires to purchase that information.  Any purchaser of LegalMetric products who wants legal advice should hire an attorney.

# Overview

This report covers the patent cases of the active judges in the Texas Western District Court as of November 2021 (the date of the most recent LegalMetric docket download for this court).  Cases of inactive judges are not included.

The number of cases, judgments, contested judgments, and trials for this court are shown below.

|  | **Number** |
|---|---|
| **Total Cases** | 2083 |
| **Open Cases** | 865 |
| **Closed Cases** | 1218 |
| **Judgments** | 34 |
| **Contested Judgmnts** | 21 |
| **Trials** | 4 |
| **Bench** | 0 |
| **Jury** | 4 |

The overall win rate, contested win rate, and trial win rate for the patentee are shown to the right and the corresponding times to termination are shown below. Contested win rates do not include consent and default judgments.

|  | **Months** |
|---|---|
| **All Cases** | 7.2 |
| **Judgments** | 21.5 |
| **Contested** | 26.4 |
| **Trial** |  |
| **Bench** |  |
| **Jury** | 25.9 |

(Trial row value 25.9 shown)

## Patentee and Accused Infringer Overall Win Rate by Year



| | **Pat. Win Rate** | | | **Accused Win Rate** |
|---|---|---|---|---|
| **Overall** | 26.5 | **Overall** | | 73.5 |
| **Contested** | 4.8 | **Contested** | | 95.2 |
| **Trial** | 25.0 | **Trial** | | 75.0 |
| **Bench** | | **Bench** | | |
| **Jury** | 25.0 | **Jury** | | 75.0 |

**Color Scheme**: Red in the tables indicates a win rate more than 10% more favorable to the ACCUSED INFRINGER, or a pendency time at least 6 months SLOWER than the national average. Yellow indicates a win rate from 0% to 10% more favorable to the ACCUSED INFRINGER, or a pendency time from 0 to 6 months SLOWER than the national average. Bright (lime) green indicates a win rate from 0% to 10% more favorable to the PATENTEE, or a pendency time from 0 to 6 months FASTER than the national average. And dark green indicates a win rate more than 10% more favorable to the PATENTEE than the national average, or a pendency time over 6 months FASTER than the national average.

## Average Time to Termination by Judgment



Larger Version in Body of Report

The average and median award amounts for this district are:
Average:   $200,000
Median:    $200,000

| **Appeals:** | **Number of Appeals** | **Complete Affirmance Rate** |
|---|---|---|
| **Total** | 31 | 25.0 |

**Motions and Claim Construction:**
The win rates on various motions for the district (if any), along with the number of decisions and the number of claim construction decisions are shown below.



| | Win Rate |
|---|---|
| **Stay Pending CBM Rev.** | 100.0 |
| **Stay Pending IPR** | 36.4 |
| **Stay Pending Reexam** | 100.0 |
| **Summary Judgment** | 28.6 |
| **Transfer** | 32.4 |
| **TRO** | 25.0 |

| | Number of Decisions |
|---|---|
| **Claim Construction** | 115 |
| **Preliminary Injunction** | 6 |
| **Stay Pending CBM Rev** | 1 |
| **Stay Pending IPR** | 11 |
| **Stay Pending Reexam** | 1 |
| **Summary Judgment** | 35 |
| **Transfer** | 91 |
| **TRO** | 4 |



**Alice Motions:** The number of Alice motions and win rates on those motions are shown below, by motion type.

|  |  | Total | |
|---|---|---|---|
|  |  | **Win Rate** | **Number of Decisions** |
| **Total** |  | 41.9 | 31 |
| **Texas Western** | **Total** | 41.9 | 31 |
|  | **Dismissal Motion** | 21.7 | 23 |
|  | **Judgment on the Pleadings** | 100.0 | 6 |
|  | **Summary Judgment** | 100.0 | 2 |

4

## Home Field Advantage?

The plaintiff and defendant contested win rates in Texas Western District Court are shown below, broken out by party location:

(Away - Plaintiff and Defendant (neither side located in the forum), Defendant Local - Plaintiff Away (only defendant located in the forum), Local - Plaintiff and Defendant (both sides located in the forum) and Plaintiff Local - Defendant Away (plaintiff local - defendant not).

Not all courts fit the expected pattern of favoring local plaintiffs. Many courts in fact show a distinct preference for non-local plaintiffs.

The win rate charts are followed by a chart illustrating the fractions of contested judgment cases (cases in which a judgment is entered in favor of a party, but excluding consent and default judgments) for each category (all local plaintiffs, etc.). Many well-known patent venues tend to have a large segment of cases in the "Away - Plaintiff and Defendant" category.





## Breakdown by Division

The breakdown of patent cases by division is illustrated in the following chart:



**Total Patent Cases, by Division**

## Breakdown by Case Outcome

The breakdown of patent cases by case outcome is illustrated in the following chart:



**Case Outcomes by Type**

Transfer 5.7%

Summary Judgment 0.4%

Remand to State Court 0.1%

Other Termination 0.8%

Other Settlement 1.2%

MDL Transfer 0.2%

Jury Verdict 0.3%

Involuntary Dismissal 0.8%

Intra-District Transfer 5.6%

Improper Venue 0.7%

Default Judgment 0.1%

Consolidated 0.9%

Consent Judgment 1.0%

Voluntary Dismissal 82.1%

## Breakdown by Judge

The chart and table below illustrates the total number of patent cases for each of the  active judges in the district.  In addition, the table shows the number of patent cases for the past three years assigned to each judge.



# Number of Cases, by Judge

| Judge | Cases |
|-------|-------|
| Albright | 1,767 |
| Biery | 3 |
| Briones | 0 |
| Cardone | 1 |
| Counts | 1 |
| Ezra | 4 |
| Garcia | 3 |
| Guaderrama | 0 |
| Junell | 0 |
| Lamberth | 1 |
| Manske | 0 |
| Martinez | 1 |
| Mathy | 0 |
| Montalvo | 2 |
| Nowlin | 0 |
| Pitman | 88 |
| Pulliam | 3 |
| Rodriguez | 12 |
| Smith | 0 |
| Sparks | 20 |
| Yeakel | 177 |

|            | All Cases | Last Three Years |
|------------|-----------|------------------|
| **District**   | 2083 | 1915 |
| **Albright**   | 1767 | 1753 |
| **Biery**      | 3    | 0    |
| **Cardone**    | 1    | 0    |
| **Counts**     | 1    | 0    |
| **Ezra**       | 4    | 1    |
| **Garcia**     | 3    | 0    |
| **Lamberth**   | 1    | 0    |
| **Martinez**   | 1    | 0    |
| **Montalvo**   | 2    | 2    |
| **Pitman**     | 88   | 63   |
| **Pulliam**    | 3    | 2    |
| **Rodriguez**  | 12   | 4    |
| **Sparks**     | 20   | 0    |
| **Yeakel**     | 177  | 90   |

# Divisional Comparisons

The overall patentee case win rate (includes consent and default judgments), contested win rate (does NOT include consent and default judgments), trial win rate, complete affirmance rate (appeals affirmed with no other action, divided by the total number of appeals except for dismissed and pending appeals), and average time to termination by judgment (includes consent and default judgments) are shown below for each division.

| | Plaintiff Win Rate/ No. of Judgments | |
|---|---|---|
| **District** | 26.5 | 34 |
| **Austin** | 36.4 | 11 |
| **Midland** | 0.0 | 1 |
| **San Antonio** | 50.0 | 2 |
| **Waco** | 20.0 | 20 |



| | Contested Win Rate/ Number Contested | |
|---|---|---|
| **District** | 4.8 | 21 |
| **Austin** | 0.0 | 7 |
| **Midland** | 0.0 | 1 |
| **San Antonio** | 0.0 | 1 |
| **Waco** | 8.3 | 12 |



| | Trial Win Rate/ Number of Trials | |
|---|---|---|
| **District** | 25.0 | 4 |
| **Waco** | 25.0 | 4 |



10

|  | Complete Aff. Rate/ Number of Appeals | |
|---|---|---|
| **District** | 25.0 | 12 |
| **Austin** | 50.0 | 4 |
| **San Antonio** | 0.0 | 1 |
| **Waco** | 14.3 | 7 |



|  | Time to Term./ Number of Judgmts. | |
|---|---|---|
| **District** | 21.5 | 34 |
| **Austin** | 32.9 | 11 |
| **Midland** | 57.9 | 1 |
| **San Antonio** | 23.8 | 2 |
| **Waco** | 13.2 | 20 |



11

# What are the Odds: Termination by Judgment

The percentage of closed patent cases terminated by judgment are shown in the chart to the right. Terminations by judgments include terminations resulting from trials, from dispositive summary judgment motions, from involuntary dismissals, from consent judgments, and from default judgments.



**Cases Closed by Judgment**

Judgment 2.8%

97.2%

The number of judgments by each outcome, the overall patentee win rate, the contested patentee win rate, and the trial win rate for each outcome are shown below.  Note that the overall win rate includes consent and default judgments, whereas the contested win rate does not include consent and default judgments. The figures given are for "patentees", rather than "plaintiffs".  These figures take into account those declaratory judgment cases where the plaintiff is not the patentee.

|  | Number of Judgments | Overall Win Rate | Contested Win Rate | Trial Win Rate |
|---|---|---|---|---|
| **Consent Judgment** | 12 | 58.3 | | |
| **Default Judgment** | 1 | 100.0 | | |
| **Involuntary Dismissal** | 10 | 0.0 | 0.0 | |
| **Jury Verdict** | 4 | 25.0 | 25.0 | 25.0 |
| **Other Termination** | 2 | 0.0 | 0.0 | |
| **Summary Judgment** | 5 | 0.0 | 0.0 | |

# Win Rates by Year

The following chart shows the patentee overall win rate and contested win rate for the active judges in the Texas Western District Court by year.  The overall patentee win rate should be compared with the nationwide overall win rate of 54.3%, and the contested patentee win rate should be compared with the nationwide patentee contested win rate of 21.4%.  A chart with a considerable amount of "jitter" reflects relatively few data points.  Note that the contested patentee win rates are usually much lower than the overall win rates since they exclude consent and default judgments.



The total number of terminations by judgment per year by the currently active judges during the same period in the Texas Western District Court is shown in the following chart:



The actual number of judgments, number of patentee "wins", and the corresponding win rates are shown below.  In this report, a judgment entered in favor of both the plaintiff and the defendant on their respective patent infringement claims is counted as "1/2" a win for each party.  This could happen, for example, where the plaintiff files a patent infringement action, the defendant files a patent infringement counterclaim on its own patents, and both prevail on their respective claims.

|  | Patentee Wins | Total Decisions | Patentee Win Rate | Acc. Infr. Win Rate |
|---|---|---|---|---|
| **2017** | 1 | 3 | 33.3 | 66.7 |
| **2018** | 2 | 4 | 50.0 | 50.0 |
| **2019** | 2 | 6 | 33.3 | 66.7 |
| **2020** | 1 | 10 | 10.0 | 90.0 |
| **2021** | 3 | 11 | 27.3 | 72.7 |

**Patentee Overall and Contested Win Rates: By Judge**

The overall patentee win rate varies significantly from judge to judge over the period covered by this report.  The chart below illustrates these win rates for these judges. The win rate for judges with no terminations by judgment is left blank.



The patentee contested win rate for these judges is shown below.  Note that contested win rates do not include consent and default judgments.  The win rate for judges with no contested judgments is left blank.



The table below includes the patentee overall and contested win rates for each active judge, along with the number of terminations by judgment and by contested judgment by that judge in patent cases during the period covered by this report. Judges with no judgments are not included.

|  | Overall Win Rate | Number of Judgments | Contested Win Rate | Contested Judgments |
|---|---|---|---|---|
| **Total** | 26.5 | 34 | 4.8 | 21 |
| **Albright** | 18.2 | 22 | 7.1 | 14 |
| **Lamberth** | 0.0 | 1 | 0.0 | 1 |
| **Pitman** | 100.0 | 2 |  | 0 |
| **Rodriguez** | 100.0 | 1 |  | 0 |
| **Sparks** | 0.0 | 3 | 0.0 | 3 |
| **Yeakel** | 40.0 | 5 | 0.0 | 3 |

**Patentee Win Rates: By Nominating President:**  The number of patent cases in this district assigned to active judges and the win rates for those cases are shown below, broken out by the nominating president.



**Number of Cases - by Nominating President**

**Number of Cases:** The number of cases assigned to active jduges in this district is shown in the chart to the left, broken out by nominating president.  This includes all cases of the type covered by this report.

| | | |
|---|---|---|
| Barack Obama | 4.0% | |
| Donald J. Trump | 66.2% | |
| George Bush | 7.2% | |
| George W. Bush | 15.1% | |
| Ronald Reagan | 4.3% | |
| William J. Clinton | 3.3% | |
| Total: | 100.0% | |

**Patentee Win Rates:** The win rates for these cases, broken out by nominating president, are shown in the chart to the right. This includes overall win rates (includes consent and default judgments), contested win rates (does NOT include consent and default judgments), and trial win rates (cases decided by bench trial or jury verdict).



**Win Rates by Nominating President**

| | Total | | | | | |
|---|---|---|---|---|---|---|
| | Overall Win Rate | # of Judgments | Contested Win Rate | # of Contested Judgments | Trial Win Rate | # of Trial Jugements |
| **Barack Obama** | 20.0 | 10 | 0.0 | 8 | | 0 |
| **Donald J. Trump** | 21.7 | 23 | 13.3 | 15 | 40.0 | 5 |
| **George Bush** | 56.3 | 32 | 33.3 | 21 | 83.3 | 6 |
| **George W. Bush** | 35.7 | 28 | 11.1 | 18 | 33.3 | 3 |
| **Ronald Reagan** | 47.8 | 23 | 0.0 | 12 | | 0 |
| **William J. Clinton** | 57.1 | 21 | 16.7 | 6 | 33.3 | 3 |

# How Long?  Time to Termination

The average time from case filing to termination for all closed cases, for all cases terminated by judgment, for all cases terminated by contested judgment, and for all cases terminated by trial  covered by this report are shown below.



The average time from case filing to termination for all closed cases by year, for all cases terminated by judgment, for all cases terminated by contested judgment, and for all cases terminated by trial  covered by this report are shown below.



## Time to Contested Judgment: By Judge

The average time from case filing to contested judgment for the active judges in this district is shown in the chart below.



## Average Time to Termination by Case Outcomes

The number of cases terminated by each outcome for the active judges in this district is shown in the chart below, and the average time to termination for each outcome is shown in the second chart below.





## Termination by Month of Litigation

An overview of when terminations typically occur is found in the following chart, which shows the number of patent cases in the Texas Western District Court that were terminated each month of litigation.  The first month of litigation is labeled "1", etc.  Months with no case terminations are omitted from the chart.



## Average Pendency for All Cases: By Judge

The variation in pendency for all closed cases is shown below.



**Average Pendency for Cases Terminated by Judgment: By Judge**

The variation in pendency for all cases terminated by judgment is shown below.



**Average Pendency for Cases Terminated by Contested Judgment: By Judge**

The variation in pendency for all cases terminated by contested judgment is shown below.



# Case and Judgment Outcomes

The number of outcomes by judgment, the patentee win rate for those outcomes, and the average time to termination for those outcomes for this court are shown below, broken out by type of outcome.

|  | Number of Judgments | Pat. Win Rate | Average Time to Termination |
|---|---|---|---|
| **Total** | 34 | 26.5 | 21.5 |
| **Consent Judgment** | 12 | 58.3 | 12.2 |
| **Default Judgment** | 1 | 100.0 | 29.5 |
| **Involuntary Dismissal** | 10 | 0.0 | 16.7 |
| **Jury Verdict** | 4 | 25.0 | 25.9 |
| **Other Termination** | 2 | 0.0 | 41.7 |
| **Summary Judgment** | 5 | 0.0 | 39.9 |

Detailed information about these cases, broken out by type of outcome, is shown in the following sections.

**Consent Judgment**

The number of Consent Judgment outcomes and the average time to termination by that outcome are shown below for the district and for each judge who has at least one such outcome.



**Consent Judgment**

|  | Average Time to Termination | Number of Cases |
|---|---|---|
| **District** | 12.2 | 12 |
| **Albright** | 13.7 | 8 |
| **Pitman** | 9.1 | 2 |
| **Rodriguez** | 7.1 | 1 |
| **Yeakel** | 12.2 | 1 |

**Consent Judgment**

The distribution of these outcomes by month of litigation is shown below.  Months with no outcomes are omitted from the chart.



**Consent Judgment**

The patentee and accused infringer win rates for cases with this outcome are shown below for the judges and the district as a whole.



**Default Judgment**

The number of Default Judgment outcomes and the average time to termination by that outcome are shown below for the district and for each judge who has at least one such outcome.



**Default Judgment**

|  | Average Time to Termination | Number of Cases |
|---|---|---|
| **District** | 29.5 | 1 |
| **Yeakel** | 29.5 | 1 |

**Default Judgment**

The distribution of these outcomes by month of litigation is shown below.  Months with no outcomes are omitted from the chart.



**Default Judgment**

The patentee and accused infringer win rates for cases with this outcome are shown below for the judges and the district as a whole.



**Improper Venue**

The number of Improper Venue outcomes and the average time to termination by that outcome are shown below for the district and for each judge who has at least one such outcome.



**Improper Venue**

|  | Average Time to Termination | Number of Cases |
|---|---|---|
| **District** | 8.8 | 8 |
| **Albright** | 9.5 | 6 |
| **Biery** | 4.3 | 1 |
| **Sparks** | 9.6 | 1 |

**Improper Venue**

The distribution of these outcomes by month of litigation is shown below.  Months with no outcomes are omitted from the chart.



**Involuntary Dismissal**

The number of Involuntary Dismissal outcomes and the average time to termination by that outcome are shown below for the district and for each judge who has at least one such outcome.



**Involuntary Dismissal**

|           | Average Time to Termination | Number of Cases |
|-----------|:---------------------------:|:---------------:|
| **District** | 16.7 | 10 |
| **Albright** | 6.3 | 8 |
| **Yeakel** | 58.5 | 2 |

**Involuntary Dismissal**

The distribution of these outcomes by month of litigation is shown below.  Months with no outcomes are omitted from the chart.



**Involuntary Dismissal**

The patentee and accused infringer win rates for cases with this outcome are shown below for the judges and the district as a whole.



**Involuntary Dismissal**

| Case Number | Judge | Prevailing Party | Pendency | Case Name |
| --- | --- | --- | --- | --- |
| 6:19cv00612 | Albright | Accused Infringer | 3.9 | De La Vega v. Microsoft Corporation |
| 6:19cv00617 | Albright | Accused Infringer | 3.9 | De La Vega v. Google LLC |
| 6:19cv00171 | Albright | Accused Infringer | 3.9 | Arunachalam v. Exxon Mobil Corporation et al |
| 6:19cv00172 | Albright | Accused Infringer | 4.6 | Arunachalam v. Intuit, Inc. |
| 6:19cv00565 | Albright | Accused Infringer | 4.8 | Wilco Marsh Buggies &amp; Draglines, Inc. v. EIK Engineering Sdn. Bhd. |
| 6:19cv00608 | Albright | Accused Infringer | 9.7 | Lighthouse Consulting Group, LLC v. BOK Financial |
| 6:19cv00605 | Albright | Accused Infringer | 9.8 | Lighthouse Consulting Group, LLC v. TIAA, FBS Holdings, Inc. |
| 6:19cv00594 | Albright | Accused Infringer | 9.8 | Lighthouse Consulting Group, LLC v. BB&amp;T Corporation |
| 1:14cv00810 | Yeakel | Accused Infringer | 58.5 | Via Vadis, LLC et al v. Blizzard Entertainment, Inc. |
| 1:14cv00813 | Yeakel | Accused Infringer | 58.5 | Via Vadis, LLC et al v. Amazon.Com, Inc. |

**Jury Verdict**

The number of Jury Verdict outcomes and the average time to termination by that outcome are shown below for the district and for each judge who has at least one such outcome.



**Jury Verdict**

|  | Average Time to Termination | Number of Cases |
|---|---|---|
| **District** | 25.9 | 4 |
| **Albright** | 25.9 | 4 |

**Jury Verdict**

The distribution of these outcomes by month of litigation is shown below.  Months with no outcomes are omitted from the chart.



**Jury Verdict**

The patentee and accused infringer win rates for cases with this outcome are shown below for the judges and the district as a whole.



**Jury Verdict**

| Case Number | Judge | Prevailing Party | Pendency | Case Name |
|---|---|---|---|---|
| 6:19cv00513 | Albright | Patentee | 22.4 | CloudofChange, LLC v. NCR Corporation |
| 6:21cv00511 | Albright | Accused Infringer | 24.6 | Freshub, Inc. et al v. Amazon.Com Inc. et al |
| 6:18cv00308 | Albright | Accused Infringer | 26.2 | MV3 Partners LLC v. Roku, Inc. |
| 6:19cv00044 | Albright | Accused Infringer | 30.5 | ESW Holdings, Inc. v. Roku, Inc. |

**Other Termination**

The number of Other Termination outcomes and the average time to termination by that outcome are shown below for the district and for each judge who has at least one such outcome.



**Other Termination**

| | Average Time to Termination | Number of Cases |
|---|---|---|
| **District** | 10.5 | 10 |
| **Albright** | 15.2 | 5 |
| **Pitman** | 0.9 | 3 |
| **Sparks** | 25.5 | 1 |
| **Yeakel** | 0.8 | 1 |

**Other Termination**

The distribution of these outcomes by month of litigation is shown below.  Months with no outcomes are omitted from the chart.



**Other Termination**

The patentee and accused infringer win rates for cases with this outcome are shown below for the judges and the district as a whole.



**Other Termination**

| Case Number | Judge | Prevailing Party | Pendency | Case Name |
|---|---|---|---|---|
| 1:14cv01089 | Sparks | Accused Infringer | 25.5 | Pono Paani, LLC v. Belkin International, Inc. |
| 7:15cv00097 | Albright | Accused Infringer | 57.9 | Finalrod IP, LLC et al v. John Crane, Inc. et al |

**Remand to State Court**

The number of Remand to State Court outcomes and the average time to termination by that outcome are shown below for the district and for each judge who has at least one such outcome.



# Average Time to Termination
## For Remand to State Court

**Remand to State Court**

|  | Average Time to Termination | Number of Cases |
|---|---|---|
| **District** | 10.0 | 1 |
| **Yeakel** | 10.0 | 1 |

**Remand to State Court**

The distribution of these outcomes by month of litigation is shown below.  Months with no outcomes are omitted from the chart.



**Summary Judgment**

The number of Summary Judgment outcomes and the average time to termination by that outcome are shown below for the district and for each judge who has at least one such outcome.



**Summary Judgment**

|  | Average Time to Termination | Number of Cases |
|---|---|---|
| **District** | 39.9 | 5 |
| **Albright** | 13.0 | 1 |
| **Lamberth** | 40.4 | 1 |
| **Sparks** | 66.4 | 2 |
| **Yeakel** | 13.4 | 1 |

**Summary Judgment**

The distribution of these outcomes by month of litigation is shown below.  Months with no outcomes are omitted from the chart.



**Summary Judgment**

The patentee and accused infringer win rates for cases with this outcome are shown below for the judges and the district as a whole.



**Summary Judgment**

| Case Number | Judge | Prevailing Party | Pendency | Case Name |
|---|---|---|---|---|
| 1:19cv01107 | Albright | Accused Infringer | 13.0 | Flash-Control, LLC v. Intel Corporation |
| 1:17cv00753 | Yeakel | Accused Infringer | 13.4 | Uniloc USA, Inc. et al v. Blackboard, Inc. |
| 1:16cv00687 | Sparks | Accused Infringer | 21.7 | Pilot Energy Solutions, L.L.C. v. Oxy USA Inc. |
| 5:14cv00719 | Lamberth | Accused Infringer | 40.4 | MiMedx Group, Inc. v. Tissue Transplant Technology, Ltd., et al |
| 1:12cv00465 | Sparks | Accused Infringer | 111.1 | Click-to-Call Technologies v. Ingenio, Inc. et al. |

**Transfer**

The number of Transfer outcomes and the average time to termination by that outcome are shown below for the district and for each judge who has at least one such outcome.



**Transfer**

|  | Average Time to Termination | Number of Cases |
|---|---|---|
| **District** | 8.8 | 70 |
| **Albright** | 11.1 | 40 |
| **Biery** | 0.9 | 1 |
| **Garcia** | 2.8 | 1 |
| **Pitman** | 8.8 | 11 |
| **Rodriguez** | 6.5 | 1 |
| **Sparks** | 2.5 | 1 |
| **Yeakel** | 4.4 | 15 |

**Transfer**

The distribution of these outcomes by month of litigation is shown below.  Months with no outcomes are omitted from the chart.



**Awards and Settlement Amounts - What Will it Cost**: The damages portion of litigation expense is heavily fact dependent, but there are norms one can use to ensure the reasonableness of predicted damage awards and total cost in a particular case.  The chart and table below show the average and median amounts for the selected court. Award amounts not entered into the records of the federal courts or otherwise not brought to the attention of LegalMetric are not included in this report.

Studies have shown that attorney fees and related expenses can run from 33% to 100% of the damage awards.  The total cost for various outcomes can be estimated by multiplying the average or median awards by 1.33 (for a low figure) or 2.0 (for a high figure).  These total cost estimates are shown in the table below.

### Award Amounts by Case Outcome Type



| | Average Awards | Total Cost - Low Average | Total Cost - High Average | Median Awards | Total Cost - Low Median | Total Cost - High Median |
|---|---|---|---|---|---|---|
| **Total** | 1,087,600,000 | 1,446,508,000 | 2,175,200,000 | 1,087,600,000 | 1,446,508,000 | 2,175,200,000 |
| | 2,175,000,000 | 2,892,750,000 | 4,350,000,000 | 2,175,000,000 | 2,892,750,000 | 4,350,000,000 |
| **Consent Judgment** | 200,000 | 266,000 | 400,000 | 200,000 | 266,000 | 400,000 |

| Case Number | Case Name | Date of Award or Settlement | Judge | Case Outcomes | Award Amounts |
|---|---|---|---|---|---|
| 6:21cv00057 | VLSI Technology LLC v. Intel Corporation | | Albright | | 2,175,000,000 |
| 6:19cv00653 | Northern Agri Brand LLC v. Cen-Tex Seed, Inc. et al | 1/5/2021 | Albright | Consent Judgment | 200,000 |

# Appeals

The number of rulings on appeal in these cases and the rulings themselves are found in the table below. The Complete Affirmance Rate (the number of appeals which were affirmed with no other ruling, divided by the total number of appeals decision-not counting dismissed and pending appeals), the percentage of appeal rulings which affirmed the lower court at least in part, the percentage which reversed this court at least in part, the percentage which remanded this court at least in part, and the percentage which vacated this court at least in part are shown in the chart immediately below.



**Appeal Outcomes**

| | Total |
|---|---|
| **Affirmed** | 3 |
| **Affirmed,Reversed** | 1 |
| **Affirmed,Vacated,Remanded** | 1 |
| **Dismissed** | 9 |
| **Pending** | 10 |
| **Remanded** | 1 |
| **Reversed** | 6 |

| Case Name | Case Number | Judge | Result of Appeal |
|---|---|---|---|
| Board of Regents, The University of Texas System et al v. Boston Scientific Corporation | 1:17cv01103 | Yeakel | Affirmed |
| Flash-Control, LLC v. Intel Corporation | 1:19cv01107 | Albright | Affirmed |
| Jenam Tech, LLC v. Google LLC | 6:20cv00453 | Albright | Affirmed |
| Via Vadis, LLC et al v. Blizzard Entertainment, Inc. | 1:14cv00810 | Yeakel | Affirmed,Reversed |
| M-I LLC v. FPUSA, LLC | 5:15cv00406 | Ezra | Affirmed,Vacated,Remanded |
| Amazon.Com, Inc. v. Corydoras Technologies, LLC | 1:19cv01095 | Pitman | Dismissed |
| Arunachalam v. Exxon Mobil Corporation et al | 6:19cv00171 | Albright | Dismissed |
| Arunachalam v. Intuit, Inc. | 6:19cv00172 | Albright | Dismissed |
| Arunachalam v. Beal Bank, SSB | 6:19cv00350 | Albright | Dismissed |
| Arunachalam v. Berry Aviation, Inc. | 6:19cv00351 | Albright | Dismissed |
| Arunachalam v. Apache Corporation | 6:19cv00352 | Albright | Dismissed |
| Cameron International Corporation v. Nitro Fluids L.L.C. | 6:20cv00125 | Albright | Dismissed |
| Performance Chemical Company vs. True Chemical Solutions, LLC | 6:21cv00222 | Albright | Dismissed |
| Super Interconnect Techonologies LLC v. Google LLC | 6:21cv00259 | Albright | Dismissed |
| Click-to-Call Technologies v. Ingenio, Inc. et al. | 1:12cv00465 | Sparks | Pending |
| Via Vadis, LLC et al v. Amazon.Com, Inc. | 1:14cv00813 | Yeakel | Pending |
| Finalrod IP, LLC et al v. John Crane, Inc. et al | 7:15cv00097 | Albright | Pending |
| MV3 Partners LLC v. Roku, Inc. | 6:18cv00308 | Albright | Pending |
| Dyfan, LLC v. Target Corporation | 6:19cv00179 | Albright | Pending |
| Semiconductor Connections LLC v. Taiwan Semiconductor Manufacturing Company Limited et al | 6:20cv00109 | Albright | Pending |
| WSOU Investments LLC v. Google LLC | 6:20cv00578 | Albright | Pending |
| WSOU Investments LLC v. Google LLC | 6:20cv00581 | Albright | Pending |
| WSOU Investments LLC v. Google LLC | 6:20cv00582 | Albright | Pending |
| Freshub, Inc. et al v. Amazon.Com Inc. et al | 6:21cv00511 | Albright | Pending |

| | | | |
|---|---|---|---|
| Uniloc USA, Inc. et al v. Blackboard, Inc. | 1:17cv00753 | Yeakel | Remanded |
| Synkloud Technologies, LLC v. Adobe, Inc. | 6:19cv00527 | Albright | Reversed |
| Sonos, Inc. v. Google LLC | 6:20cv00881 | Albright | Reversed |
| Ikorongo Texas LLC v. LG Electronics Inc. et al | 6:20cv00257 | Albright | Reversed |
| SITO Mobile R&amp;D IP et al v. Hulu, LLC | 6:20cv00472 | Albright | Reversed |
| WSOU Investments LLC v. Juniper Networks, Inc. | 6:20cv00813 | Albright | Reversed |
| WSOU Investments LLC v. Juniper Networks, Inc. | 6:20cv00815 | Albright | Reversed |

## Jury Demands

The number of jury demands by party type is shown below.



## Experience

The active judges in the Alabama Northern District Court vary considerably in their exposure to patent cases in general and to significant motions in those cases.

## Total Number of Patent Cases: By Judge

The total number of patent cases per judge is shown below, followed by a table listing the judge, total number of patent cases, total number of closed patent cases and total number of open patent cases.



|  | Total Number of Cases | Number of Closed Cases | Number of Open Cases |
|---|---|---|---|
| **Total** | 2083 | 1218 | 865 |
| **Albright** | 1767 | 932 | 835 |
| **Biery** | 3 | 3 | 0 |
| **Cardone** | 1 | 1 | 0 |
| **Counts** | 1 | 1 | 0 |
| **Ezra** | 4 | 2 | 2 |
| **Garcia** | 3 | 3 | 0 |
| **Lamberth** | 1 | 1 | 0 |
| **Martinez** | 1 | 1 | 0 |
| **Montalvo** | 2 | 2 | 0 |
| **Pitman** | 88 | 82 | 6 |
| **Pulliam** | 3 | 2 | 1 |
| **Rodriguez** | 12 | 8 | 4 |
| **Sparks** | 20 | 20 | 0 |
| **Yeakel** | 177 | 160 | 17 |

# Total Number of Claim Construction Rulings: By Judge

The number of claim construction rulings for each active judge is shown below.  These figures do not include summary judgment decisions that may involve claim construction issues.

|  | Number of Decisions |
|---|---|
| Total | 115 |
| Albright | 109 |
| Pitman | 2 |
| Sparks | 1 |
| Yeakel | 3 |



The average time (in months) from case filing to claim construction rulings for each active judge is shown below.

|  | Number of Decisions |
|---|---|
| Total | 12.6 |
| Albright | 12.1 |
| Pitman | 12.8 |
| Sparks | 14.3 |
| Yeakel | 28.9 |



# Motion Outcomes

The win rates and times to decision on contested preliminary injunction, stay pending reexam, summary judgment, and transfer motions are shown below.  A motion that is granted in part and denied in part is treated as "1/2" granted, and "1/2" denied.

**Preliminary Injunction**

The number of Preliminary Injunction motions by outcome are shown below.



| | Total |
|---|---|
| **Total** | 7 |
| **Denied** | 5 |
| **Denied as Moot** | 1 |
| **Denied w/o Prej** | 1 |

The win rates, by judge, on contested Preliminary Injunction motions are shown below.  The win rate for judges with no contested decisions (if any) is left blank.



The average times from motion filing to decision, by judge, on contested Preliminary Injunction motions are shown below.  The time for judges with no contested decisions (if any) is left blank.



The supporting data for Preliminary Injunction motions is found in the following table:

|  | Total Motions | Contested Decisions | Win Rate | Time to Decision |
|---|---|---|---|---|
| **District** | 7 | 6 | 0.0 | 3.1 |
| **Albright** | 3 | 3 | 0.0 | 2.6 |
| **Pitman** | 4 | 3 | 0.0 | 3.5 |

**Stay Pending CBM Rev.**

The number of Stay Pending CBM Rev. motions by outcome are shown below.



| | Total |
|---|---|
| **Total** | 1 |
| **Granted** | 1 |

The win rates, by judge, on contested Stay Pending CBM Rev. motions are shown below.  The win rate for judges with no contested decisions (if any) is left blank.



The average times from motion filing to decision, by judge, on contested Stay Pending CBM Rev. motions are shown below.  The time for judges with no contested decisions (if any) is left blank.



The supporting data for Stay Pending CBM Rev. motions is found in the following table:

|  | Total Motions | Contested Decisions | Win Rate | Time to Decision |
|---|---|---|---|---|
| **District** | 1 | 1 | 100.0 | 0.5 |
| **Albright** | 1 | 1 | 100.0 | 0.5 |

**Stay Pending IPR**

The number of Stay Pending IPR motions by outcome are shown below.



| | Total |
|---|---|
| **Total** | 20 |
| **Denied** | 6 |
| **Denied as Moot** | 1 |
| **Denied w/o Prej** | 1 |
| **Granted** | 11 |
| **Withdrawn** | 1 |

The win rates, by judge, on contested Stay Pending IPR motions are shown below.  The win rate for judges with no contested decisions (if any) is left blank.



The average times from motion filing to decision, by judge, on contested Stay Pending IPR motions are shown below
The time for judges with no contested decisions (if any) is left blank.



The supporting data for Stay Pending IPR motions is found in the following table:

|  | Total Motions | Contested Decisions | Win Rate | Time to Decision |
|---|---|---|---|---|
| **District** | 20 | 11 | 36.4 | 2.5 |
| **Albright** | 12 | 7 | 28.6 | 3.3 |
| **Pitman** | 2 | 1 | 0.0 | 1.8 |
| **Rodriguez** | 1 | 0 |  |  |
| **Yeakel** | 5 | 3 | 66.7 | 0.9 |

**Stay Pending Reexam**

The number of Stay Pending Reexam motions by outcome are shown below.



|  | Total |
|---|---|
| **Total** | 1 |
| **Granted** | 1 |

The win rates, by judge, on contested Stay Pending Reexam motions are shown below.  The win rate for judges with no contested decisions (if any) is left blank.



The average times from motion filing to decision, by judge, on contested Stay Pending Reexam motions are shown below.  The time for judges with no contested decisions (if any) is left blank.



The supporting data for Stay Pending Reexam motions is found in the following table:

|  | Total Motions | Contested Decisions | Win Rate | Time to Decision |
|---|---|---|---|---|
| **District** | 1 | 1 | 100.0 | 5.5 |
| **Albright** | 1 | 1 | 100.0 | 5.5 |

**Summary Judgment**

The number of Summary Judgment motions by outcome are shown below.



| | Total |
|---|---|
| **Total** | 42 |
| **Denied** | 23 |
| **Denied as Moot** | 1 |
| **Dismissed** | 2 |
| **Granted** | 11 |
| **Grnt. in Part** | 4 |
| **Open** | 1 |

The win rates, by judge, on contested Summary Judgment motions are shown below.  The win rate for judges with no contested decisions (if any) is left blank.



The average times from motion filing to decision, by judge, on contested Summary Judgment motions are shown below.  The time for judges with no contested decisions (if any) is left blank.



## Average Time to Decision, by Judge
For Summary Judgment

The supporting data for Summary Judgment motions is found in the following table:

|  | Total Motions | Contested Decisions | Win Rate | Time to Decision |
|---|---|---|---|---|
| **District** | 42 | 35 | 28.6 | 4.6 |
| **Albright** | 23 | 20 | 32.5 | 3.6 |
| **Biery** | 3 | 2 | 50.0 | 11.9 |
| **Ezra** | 3 | 3 | 0.0 | 8.6 |
| **Sparks** | 4 | 2 | 75.0 | 3.6 |
| **Yeakel** | 9 | 8 | 12.5 | 4.3 |

**Transfer**

The number of Transfer motions by outcome are shown below.



| | Total |
|---|---|
| **Total** | 127 |
| **Denied** | 61 |
| **Denied as Moot** | 12 |
| **Dismissed** | 17 |
| **Granted** | 29 |
| **Grntd. in Part** | 1 |
| **Withdrawn** | 7 |

The win rates, by judge, on contested Transfer motions are shown below.  The win rate for judges with no contested decisions (if any) is left blank.



The average times from motion filing to decision, by judge, on contested Transfer motions are shown below.  The time for judges with no contested decisions (if any) is left blank.



The supporting data for Transfer motions is found in the following table:

|  | Total Motions | Contested Decisions | Win Rate | Time to Decision |
|---|---|---|---|---|
| **District** | 127 | 91 | 32.4 | 6.0 |
| **Albright** | 113 | 78 | 22.4 | 6.2 |
| **Garcia** | 1 | 1 | 100.0 | 0.6 |
| **Manske** | 1 | 1 | 100.0 | 2.1 |
| **Pitman** | 2 | 1 | 0.0 | 0.7 |
| **Yeakel** | 10 | 10 | 100.0 | 5.5 |

**TRO**

The number of TRO motions by outcome are shown below.



|  | Total |
| --- | --- |
| **Total** | 5 |
| **Denied** | 3 |
| **Denied as Moot** | 1 |
| **Granted** | 1 |

The win rates, by judge, on contested TRO motions are shown below.  The win rate for judges with no contested decisions (if any) is left blank.



The average times from motion filing to decision, by judge, on contested TRO motions are shown below.  The time for judges with no contested decisions (if any) is left blank.



## Average Time to Decision, by Judge
### For TRO

The supporting data for TRO motions is found in the following table:

|  | Total Motions | Contested Decisions | Win Rate | Time to Decision |
|---|---|---|---|---|
| **District** | 5 | 4 | 25.0 | 0.5 |
| **Albright** | 3 | 2 | 50.0 | 1.0 |
| **Pitman** | 1 | 1 | 0.0 | 0.1 |
| **Yeakel** | 1 | 1 | 0.0 | 0.0 |